## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| **AYESHA ALI ABBAS ,** | Case No. 17-55784-pjs<br>Chapter 7<br>Hon. Phillip J. Shefferly |
| Debtor. | |

---

**KENNETH NATHAN,** Trustee,

    Plaintiff,

v.                                                            Adv. Pro. No. 18-04489-pjs

**ALI ABBAS,**

    Defendant.

---

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

    PLEASE TAKE NOTICE that David P. Miller of Clayson, Schneider & Miller, P.C. appears in the above-captioned case as counsel for Ayesha Ali Abbas, Debtor, and requests to be added to the matrix/mailing list and to be notified by electronic mail.

*[signature on following page]*

Respectfully Submitted,

**CLAYSON, SCHNEIDER & MILLER P.C.**

Dated: October 18, 2018

*/s/ David P. Miller, attorney*
David P. Miller (P-79911)
Clayson, Schneider & Miller, PC
645 Griswold, Suite 3900
Detroit, MI 48226
(313) 237-0850
david@detlegal.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:                      In Bankruptcy:

**AYESHA ALI ABBAS ,**              Case No. 17-55784-pjs
                                                    Chapter 7
                                                    Hon. Phillip J. Shefferly

      Debtor.

---

**KENNETH NATHAN,** Trustee,

      Plaintiff,

v.                                                           Adv. Pro. No. 18-04489-pjs

**ALI ABBAS,**

      Defendant.

---

## CERTIFICATE OF SERVICE

RE:    Notice of Appearance and Certificate of Service.

      I hereby certify that on the 18th day of October, 2018, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will forward such filing to the Office of the United States Trustee and all counsel of record using the ECF system.

*[signature on following page]*

Respectfully submitted,

                                            **CLAYSON, SCHNEIDER & MILLER P.C.**

Dated: October 18, 2018                     */s/ David P. Miller, attorney*
                                            David P. Miller (P-79911)
                                            Clayson, Schneider & Miller, PC
                                            645 Griswold, Suite 3900
                                            Detroit, MI 48226
                                            (313) 237-0850
                                            david@detlegal.com